11:00

In The United States District
Court for the Central District of

E-FILED
Thursday, 23 July, 2009 01:46:57 PM
Clerk, U.S. District Court, ILCD

Eduardo Navejar
(Plaintiff)

V.

Doctor Ghosh, Doctor Zahn,
Warden Hosey, Warden McClain,
Administrative Review Board member
Sherry Benton
Director Micheal P. Randle
(Defendants)

FILED

JUL 23 2009

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NO: 09-1250

## I. Jurisdiction

A) Plaintiff

Eduardo Navejar
# R34701
700 W Lincoln St.
Pontiac    IL
61764

B)

Defendant Ghosh is a Doctor at the Stateville Correctional
Center and as such is in charge of administering medical
treatment to inmates at the facility, and the medical treatment
is to be given without Deliberate Indifference and must be
adequate... sued in official and individual capacity...


Defendant Zahn is a medical Administrator at the Stateville
Correctional Center and as such is in charge of seeing
that medical staff adheres to the correct, and adequate

medical treatment and to enforce any and all acts of Deliberate Indifference towards inmates. Sued in his official and individual Capacity . . .

Defendant Hosey is the Assistant Warden of Programs and as such is in Charge of the Program services such as the Health Care Services Defendant Hosey had the knowledge and authority to remedy the situation and allowed it to keep going . . . He is sued in his official and individual Capacity.

Defendant McCain is the Cheif Administrative Officer of Stateville Correction Center and as such is in Charge of the overall operations of the facility, in Charge of reviewing all Administrative Appeals and Issues. He is also responsible to the Supervision and protection of it's offenders Assigned to the Stateville Correctional Center, As well as the Supervision of Staff members. He is Ultimately responsible for overseeing both Program and operational services of this facility As well as ensuring Compliance with all Departmental Directives and rules. He is Sued in his official and individual Capacity.

Defendant Benton is the Administrative Review Board member that responded on behalf of Claims, issues, Problems, grievances about medical treatment at the Stateville Correctional center. She had 1/2 of the final say-so to remedy the situation. She is sued in her official and individual Capacity . . .

Defendant Randle is the Director of The Illinois Department of Corrections as a whole and is responsible for the actions of official and Individual

Actions by Departmental staff and has the Authority to penalize those who are unjust with their actions within the Illinois Department of Corrections and Stateville Correctional Center. He is sued in his official and "individual capacity...

## *Preliminary Statement* *

This is a Civil Rights action filed by Edwardo Navejar #R34701, A State Prisoner, for damages and injunctive relief under 42 USC §1983. alleging denial of due Process, Abuse of Authority, Deliberate Indifference, In violation of 8th and 14th Amendments of the United States Constitution And Defendant Ghosh has arbitrarily and decisively Abused his Authority 'by acting with Deliberate Indifference towards plaintiff's medical Problems...

2) Defendant Zahn was made aware of medical condition which was known to the penal system since plaintiff was in pre-Detention at the Cook County Jail (See Enclosed). After this knowledge was given to Defendant, he continued to act with Deliberate Indifference while acting under color of State law. Defendant did nothing for Plaintiff's medical problem.

3) Defendant Hosey while acting under color of State law sat back after numerous complaints were made about inadequate

medical treatment going on at Stateville Correctional Center and that his staff was acting with Deliberate Indifference and not performing the appropriate measures to remedy my chronic pain. Instead of helping the situation, Defendant allowed it to get worse ..

4) Defendant McCain while acting under color of state law allowed his Number 3 warden to turn a blind eye to the Ineffective medical treatment that I was receiving, yet Defendant McCain turned a deaf ear to any and all complaints toward prison officials..

5) Defendant Benton while acting under color of state law was made aware of issues about medical treatment, not only occuring within Stateville Correctional Center but all throughout the entire Illinois Department of Corrections. Defendant Benton used an inaccurate reply to my grievance by saying "not submitted in timeframe", Plaintiff has verification and can prove that grievance procedure was obstructed due to Stateville respondants transferring Plaintiff to Pontiac Correctional Center and Plaintiff can also prove that it takes anywhere between 3-4 wks to get property. This is an adequate reason for her to have given my grievance a little light.

6) Defendant Randle is the Director and he has the final say so to any and all complaints, yet it's obvious that

my grievances, Complaints, and medical issues are not being heard and Defendant Randle has all the power to mandate or Authorize prison officials to perform the necessary medical procedures to adequately remedy my medical condition . . .

All of Defendants Actions have violated Plaintiff's rights to Due Process, Cruel & Unusual Punishment, Deliberate Indifference and all defendants have acted and continue to act under color of State law . . . at all times relevent to this claim . . . .

## *Statement of facts*

I, Edwardo Navejar #R34704, was seen on (June 28th 2009) (July 1st 2009) at 5:06 pm by M.D. Anggalate S. Enoch (018226) in the Cook County Jail and was diagnosed with a Chronic back Condition known as "Degenerative Disc Disorder"

Having lost the Physical Qualities Considered normal, showing evidence of decline, also having reverted to a simpler form as a result of losing a complex or adaptive structure present in the Ancestral form. (See Also "Degenerative Joint Disease") OR

("Osteoarthritis")

Degeneration of Joint Cartilage and the underlying bone, most common from middle age onward in the disc especially which is a layer of Cartilage seperating adjacent vertebrae in the spine.

***Final Result***

### COOK COUNTY BUREAU OF HEALTH SERVICES
### CERMAK HEALTH SERVICES
### DIAGNOSTIC WITHOUT CONTRAST DEPARTMENT

Printed: July 1, 2002 5:06pm

**Patient Name:** NAVEJAR, EDWARDO
**Admission No:** 020010004724
**Med. Rec. No:** 000305142
90001

**Sex:** M
**Pt. Class:** O

**Rad No:** 200200004479

**Order No:**

eferring Dr: , MD
rdering Dr: ENOCH S. ANAGLATE, MD    018226
mission Date: 06/28/2002

**Ordering Loc:** Cermak SCDiv11
**DOB:** 03/03/1980
**Discharge Date:**

---

**DATE OF EXAM:**    Jun 28 2002        **ACC #:** 6563357

**KDN   1409** - **SPINE LUMBAR COMPLETE** :

**CLINICAL HISTORY:** R/O FX

**FINDINGS:** Normal alignment noted. Straightening of the lumbar lordosis is seen.  Early degenerative disc disease at T12/L1 and L1/2 noted at the level of L4/5 and L5/S1.  Early facet joint disease noted throughout the lumbar spine worse at L5/S1.

**IMPRESSION:** EARLY DEGENERATIVE DISC DISEASE NOTED THROUGHOUT THE LOWER THORACIC AND LOWER LUMBAR SPINE.  NO GROSS SUBLUXATIONS SEEN.  EARLY FACET JOINT DISEASE NOTED WITH PROMINENCE AT L5/S1.

Transcriptionist: KML
Transcribe Date/Time: Jul  1 2002  3:02P
Read by : CALVIN FLOWERS ,M.D.

This document has been electronically
Signed by: EUGENE LIDOW ,M.D. On: Jul  1 2002  3:08P

---

AGING SERVICES CONSULTATION    RECEIVED
0305142
FEB 13 2009
OFFICE OF
INMATE ISSUES

NAME: NAVEJAR, EDWARDO

ACCT #: 020010004724  MR#:

Job   FORM 705A

I Did not become aware of this Chronic Condition until the paperwork came to me while In stateville Correctional Center. At that time I put in for X-rays and was given an appointment. On 5/18/08 while at the Health Care Unit and Doctor Zahn said that "I had no broken bones and that there was nothing wrong with me".

I explained to her that I have proof that I suffer from a Chronic back ailment known as "Degenerative Disc Disease".

Doctor Zahn said " I probably had it before but now that I'm older it went away".

(This contradicts what the medical definition of this disease states happens and it specifically shows it begins in middle age.)

I then told Doctor Zahn that my upper and lower back along with my thighs and knees hurt.

She gave me muscle relaxers and Tylenol.

On 5/16/08 I received methocarbonal 750 mG, mopap I finished those on 6/18/08. The medication did not help me at all, I never felt relaxed nor did the pain ease up. I am in constant pain.

Plaintiff filed numerous grievances at stateville and also once he transferred to Pontiac. Defendants have been given every chance to remedy this problem and still choose to

neglect the severiousness of the medical problem in which I have.

There was numerous letters, grievances, and verbal discussions to all defendants and no one wants to do anything about the problem except keep extorting me out of $2.00 each time I need to see someone about the same medical condition...

## Relief Requested

1. Award Compensatory Damages in the following Amounts:

1A) $30,000.00 Jointly and Severally Against Defendants Ghosh and Zahn for Abuse of Authority, Deliberate Indifference and violations of 8th And 14th Constitutional Amendments

1B) $30,000.00 Jointly and severally against Defendants Hosey and McCain for abuse of authority, Deliberate Indifference, violations of 8th And 14th Constitutional Amendments.

1C) $30,000.00 Jointly and severally against Defendants Benton and Randle for abuse of authority, Deliberate Indifference, violations of 8th and 14th Constitutional Amendments.

B. Award Punitive Damages against Defendants collectively because of the act of Deliberate Indifference has created an irreparable damage to Plaintiff and this Degenerative Disc Disorder will hinder plaintiff from ever working a decent job, he won't be able to excercise appropriately, and will most likely end up in a wheelchair by the age of 50 yrs. for $100,000.00

and an additional
1. $20,000.00 each defendant for negligence
2. $10,000.00 each defendant for emotional Damages
3. $10,000.00 each defendant for violations of moral and professional ethics.

Grand total requested $ 970,000.00

7 / 13 / 09
                DATE

Respectfully Submitted,

Edwardo G. Navejar

Edwardo Navejar
# R34701
700 W. Lincoln St.
Pontiac, IL 61764

<u>Declaration Under Penalty of Perjury</u> *

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare under Penalty of Perjury, that I am a named Party in the above Action; that I have Read the above documents, and that the information contained therein is true and Correct to the best of my knowledge.

7 / 13 / 09
Dated

Eduardo Y Navejar
Edwardo Navejar
# R34701
700 W Lincoln St.
Pontiac, IL 61764

# *Memorandum of Law* *

1) First, a medical need is " Serious", if it is one that has been diagnosed by a physician as mandating treatment.

2) Second, a need is "Serious" if it is one that is so obvious that even a lay person would easily recognize the necessity for a doctors attention.

3) Third, a need is "serious" if it Causes Pain

4) Fourth, a need is "Serious" if the medical condition significantly affects an individual's daily acts. It may be deemed <u>serious</u>.

5) Finally, if the condition offers the possibility of a life-long handicap or permanent loss, it may be considered "<u>Serious</u>". The <u>Seriousness</u> of medical need <u>can not</u> be judged with the benefits of hindsight. Thus, the relevance of facts are these known at the time of the incident. Officials will not be held liable for conditions that appeared non-serious but turned out serious. Likewise, Prisoner(s) officials will be held liable for conditions that appeared serious

even if they did not ultimately turn out to be serious. In addition, inmates need not wait until harm occurs for Court to find that serious need are un met.

Also:

See Oxedine v Kaplan 241 F.3d 1272 (10th Cir 2001) gangrene

Guiterez v Peters[11] F.3d 1364 (7th Cir. 1997) infected cyst

Cameron v Saffafi 128 F. Supp. 2d 906 (ED.) VA 2000) aff'd, 232 F. 3d 886 (4th Cir2000) degenerative disc Condition was a serious need. . . .

De la Pez v Peters 959 F. Supp. 909 (N.D Ill. 1997) serious medical need

Greeno v Litscher 73 Fed. Appx. 370 (7th Cir. 2001) lay person should be able to ascertain that an inmate had a serious medical problem when he constantly complained of serious stomach pains and often vomiting. Prison Doctors however responded by telling him he would have to live with the Conditions and gave him antacids. Eventually he was diagnosed with an ulcer.

Cooper v Casey 97 F.3d 914, 916-17 (7th Cir 1996) holding that pain from beating constituted serious medical need

McGuckin v. Smith 974 F.2d 1050, 1059-60   23 Fed. R. Serv 3d 1042 (9th Cir 1997) Chronic and Substantial Pain.

Hoptowit v. Ray 682 1237, 1253  9 Fed. R. Evid. Serv 1511 (9th Cir 1982) Staff must me competent to examine prisoners and diagnose illnesses... to treat medical problem or to refer prisoners to others who can.

Hope v. Pelzer 536 U.S. 730, 737 (2002) quoting Rhodes v. Chapman 452 U.S. 337, 347 (1981)

See Hudson 503 U.S. at 9-10 at (10) [Comparing Hudson Kicks and punches resulting In bruises, swelling, loosened, teeth & Cracked dental plate or not    deminimus) to Riley v. Dorton 115 F.3d 1159, 1168 (4th Cir 1997) [sticking pen a quarter of an inch into a detainees nose threatening to rip it open and using medium force to slap his face is deminimus]

Whitley v. Albers 475 U.S. 312, 322-26 (1986) use of Shotgun In riot / hostage situation.

See Treats v. Morgan 308 F.3d 868, 872 (8th Cir. 2002) use of pepper spray on a prisoner who had not Jeopardized any person's safety or threatned prison security provided valid basis for 8th Amendment claim)

However, Prisoners

Do not need to show a serious or permanent injury to

establish an 8th Amendment violation.

The extent of the injury is simply one factor to consider in deciding whether staff acted maliciously and sadistically or in good faith. Hudson 503 U.S. at 7-9.

7 / 13 / 09

Respectfully Submitted,

Edwardo A. Navejar

Edwardo Navejar

#R34701
700 W. Lincoln St.
Pontiac Correctional
Center
Pontiac IL 61764



# Stateville Correctional Center
# Grievance Office

Date: _____4-7-09_____

Offender Name: _____Eduardo Navejar_____

Register #: _____R34701_____

Institution: _____PON_____

A response to your grievance regarding ____Medical____ was not completed prior to your transfer.

If this is an issue you still wish to pursue, please forward the grievance and this memo to:    Administrative Review Board
P.O. Box 19277
Springfield, IL. 62794-9277

_____
Grievance Officer
Stateville Correctional Center

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 6/18/08 | Offender: Eduardo Navejar (Please Print) | ID#: R-34701 |
|---|---|---|

| Present Facility: State Ville C.C. | Facility where grievance issue occurred: State Ville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify)

Received Grievance Office
JUN 2 5 2008
STA R

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer

Brief Summary of Grievance: On 5/10/08 I had an appointment for F/o X-Ray results NDSC "B" House. ~~xxxxxxxxxxxxxxxxxxx~~ But they decided to see me at the HCU. I saw Miss Zhang, she told me I was there to hear my ~~xxxx~~ X-Rays Results. She said that the X-rays didn't show any broken bones and that there was nothing wrong with me. That's what she told me at first. When I told her I have proof of having degenerative disc disease. She said that probably I had it before but now that I'm older it went away. I told her that my ~~xxxxxxxxx~~ upper, lower back and ——→B

Relief Requested: (I would like to get an MRI.)

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____   _____   _____
Offender's Signature          ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 6 23 08

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This Grievance can't be resolved at counselor level so will be forwarded to HCU Admin/designee for handling. Copy also will be sent to STA Grievance Official + log in and ensure handling.

K Rabideau CC2                    K Rabideau CC2        6.24.08
Print Counselor's Name          Counselor's Signature   Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   _____ / _____ / _____
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page          DOC 0046 (Rev. 3/2005)

my thighs and knees hurt.
She told me she will give me muscle relaxers, Tylonol that was it.

So on 5/16/08 I recieved Methocarbonal 750 mg, Napap. I finished them Today is 6/18/08 The Medication didn't help me at all. When I was takin them it didn't relaxed or took the pain away or reduce the degenerative disc disease.

Heres 2 copies of my result from the Cook County Jail. I told them but they did listen.

I would like to get an MRI.

Can you please explain to me because I dont know what to do. and I dont understand.

This is getting worser. I cant sleep or sit. or stand or bend. with hurting !!!

X. Eduardo Noriega

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 8/18/08 | Offender: (Please Print) Eduardo Navejar | ID#: R-34701 |
|---|---|---|
| Present Facility: State Ville | Facility where grievance issue occurred: State Ville | |

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☑ Staff Conduct | ☐ Dietary | ☑ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): |

Received Grievance Officer
SEP 0 5 2008
STA-8

☐ Disciplinary Report: ____/____/____
Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Since I did the Last Grievance on this date 6/18/08 They still havent called me to HCU. Ive been putting notes in the medical Box and Ive been giving it to the nurse because we been in Locked down lately. I can't get to the M-Box down stairs. Plus the Med Tech dont even come up here at all. This been happening for maths. Since the Last appointment with ~~Doc~~ Dr. Zane on this date 5/10/08 My back Hurts. I need Medical Attention. Doctor Ghosh and Zhang

Relief Requested: I would like For them to respond my Grievance (this one and the other one I put in at First) Plus I need Medical Attention (As soon as possible)

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Eduardo Navejar | R-34701 | 8, 18, 08 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: 8, 18, 08 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: This Grievance cannot be resolved by counselor so will also be forwarded to HCU admin/designee. Copy will also be sent to SIA Griev officers to log in and ensure handling.

| Klisi Dean CC2 | Klisi Dean CC2 | 8-24-08 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____          ____/____/____
Chief Administrative Officer's Signature          Date

***Final Result***

COOK COUNTY BUREAU OF HEALTH SERVICES
CERMAK HEALTH SERVICES
DIAGNOSTIC WITHOUT CONTRAST DEPARTMENT

Printed July 1, 2002 3:32pm

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | NAVEJAR, EDWARDO | | **Sex:** | M |
| **Admission No:** | 020010004724 | | **Pt. Class:** | O |
| **Med. Rec. No:** | 000305142 | **Rad No:** | 200200004479 | |
| | 90001 | | **Order No:** | |
| **Referring Dr:** | , MD | | **Ordering Loc:** | Cermak SCDiv11 |
| **Ordering Dr:** | ENOCH S. ANAGLATE, MD | 018226 | **DOB:** | 03/03/1980 |
| **Admission Date:** | 06/28/2002 | | **Discharge Date:** | |

**DATE OF EXAM:**      Jun 28 2002      **ACC #: 6563357**

**KDN  1409  -  SPINE LUMBAR COMPLETE** :

**CLINICAL HISTORY:** R/O FX

**FINDINGS:**      mal alignment noted. Straightening of the lumbar lordosis is seen.  Early ... of L1/L2 and L1/2 noted at the level of L4/5 and ... Early facet joint disease noted throughout the lumbar spine worse at L5/S1.

**IMPRESSION:**      EARLY DEGENERATIVE DISC DISEASE NOTED THROUGHOUT THE LOWER THORACIC AND LOWER LUMBAR SPINE.  NO GROSS SUBLUXATIONS ... EARLY FACET JOINT DISEASE NOTED WITH PROMINENCE AT L5/S1.

Transcriptionist: KML
Transcribe Date/Time: Jul 1 2002 3:02P
Read by : CALVIN FLOWERS ,M.D.

This document has been electronically
Signed by: EUGENE LIDOW ,M.D. On: Jul 1 2002 3:08P

5

IMAGING SERVICES CONSULTATION          NAME: NAVEJAR, EDWARDO          ACCT #: 020010004724  MR#:
000305142

105
FORM 705A

***Final Result***

COOK COUNTY BUREAU OF HEALTH SERVICES
CERMAK HEALTH SERVICES
DIAGNOSTIC WITHOUT CONTRAST DEPARTMENT

Printed: July 1, 2002 5:06pm

| | | | |
|---|---|---|---|
| **Patient Name:** | NAVEJAR, EDWARDO | **Sex:** | M |
| **Admission No:** | 020010004724 | **Pt. Class:** | O |
| **Med. Rec. No:** | 000305142   **Rad No:** 200200004479 | **Order No:** | |
| | 90001 | | |
| **Referring Dr:** | , MD | **Ordering Loc:** | Cermak SCDiv11 |
| **Ordering Dr:** | ENOCH S. ANAGLATE, MD   018226 | **DOB:** | 03/03/1980 |
| **Admission Date:** | 06/28/2002 | **Discharge Date:** | |

**DATE OF EXAM:**     Jun 28 2002     **ACC #:** 6563357

**KDN  1409 - SPINE LUMBAR COMPLETE :**

**CLINICAL HISTORY:** R/O FX

**FINDINGS:**     ...nal alignment noted. Straightening of the lumbar lordosis is seen.  Early
degenerative disc disease at T12/L1 and L1/2 noted at the level of L4/5 and
L5/S1.  Early facet joint disease noted throughout the lumbar spine worse at
L5/S1.

**IMPRESSION:**     EARLY DEGENERATIVE DISC DISEASE NOTED THROUGHOUT THE LOWER
THORACIC AND LOWER LUMBAR SPINE.  NO GROSS SUBLUXATIONS
SEEN.  EARLY FACET JOINT DISEASE NOTED WITH PROMINENCE AT L5/S1.

Transcriptionist: KML
Transcribe Date/Time: Jul 1 2002 3:02P
Read by : CALVIN FLOWERS ,M.D.

This document has been electronically
Signed by: EUGENE LIDOW ,M.D. On: Jul 1 2002 3:08P

**IMAGING SERVICES CONSULTATION**     **NAME: NAVEJAR, EDWARDO**     **ACCT #: 020010004724  MR#:**
000305142

FORM 705A



**Illinois**
Department of
**Corrections**

Pat Quinn
Governor

**Roger E. Walker Jr.**
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

Date:     January 31, 2009

To:       Grievance Office

From:     Liping Zhang, MD

Subject: Medical Grievance for Navejar, Eduardo R34701

Offender Navejar IDOC # R34701 grievance response dated 6/18/08 and
8/18/08.

The offender Navejar was transferred to Pontiac C.C. on 12/18/08.


LZ:jrw



Received
Grievance Office

APR 0 7 2009

STA #

2

To: Health Care Unit                                12/5/08

From: Eduardo Navejar #R-34701
B-817

   I need to see a Doctor because I have
this chronic pain on my lower back, and
some on my thighs, and knees. This has
been happing for moths already. I've been
putting in for I could see a Doctor and
yous dont call me.

   \I have a right to get medical treatment/

               X Eduardo Navejar

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # C0911001

Date 8-30-08

Offender Name Navejar          ID# R34701     Housing Unit B8/2

Pay to IDOC

Address Route 53/ Division.

City, State, Zip Joliet, IL 60434

The sum of _____ 2 dollars and 8 cents charged to my trust fund

account, for the purpose of MISC

☐ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature Edwardo Navejar          ID# R-34701

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature Mark Hosey for

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

STATEVILLE CORRECTIONAL CENTER                         Page#_____
Notification Of Appointment to HCU

Name _Naylor_____ Number _B34781_____ Date _X-30-08_

Cell# _B317___ Time to Report _7301am____ Assignment _____

__ Lab     __ X-Ray     __ Dietician      __ Seizure Clinic          __ Other

✓ E.R.     __ OPHTH     __ Infirm Adm     __ Diabetic Clinic          _B-M73C_

__ P.T.     __ ORTHO     __ M.D. in E.R.   __ Hypertensive Clinic      _VC_

__ OPT     __ Dental     __ Asthma Clinic   __ Infec. Control Nurse

__ POD     __ Physicals  __ Surgery Clinic  __ Mental Health

Special Instructions:

__ NPO -(Nothing By Mouth After 12:00 Midnight)


__ I Accept This Pass_____
                        Inmate Signature

__ I Refuse This Assignment _____
                        Inmate Signature
If you are on a psychotropic medication, This will be discontinued or
Tapered off.  If you do not come to your next scheduled appointment.

__ Reason for Refusal_____

Witness_____
                        CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to  **
        Re-schedule your own appointment thru the CMT.

__ No Show


Attempts to deliver this pass made at the following times:

P.N.'S_____ Reason not delivered_____

Midnights_____ Reason Not delivered_____

__ R.N. Notified of inability to deliver Pass
Signature of CMT_____ P.M._____ M.N._____ A.M.
Signature of R.N._____ P.M._____ M.N._____ A.M.


Time inmate departed Assignment_____ Officer_____
TIME Inmate Arrived at HCU_____ Officer_____
Time Inmate departed HCU_____ Officer_____
Time Inmate Arrived Assignment_____ Officer_____

IL 426- DCA 2234  Revised 04/93              White-- Inmate
                                             Yellow--Provider

## STATEVILLE CORRECTIONAL CENTER
### Notification of Appointment to HCU

Name __NAVEJAR, EDUARDO__     Number __R34701__     Date: __09-03-08__

Cell __B 0817__     Time to Report __10:00 AM__     Assignment_____

| | | | | |
|---|---|---|---|---|
| ___LAB | ___X-RAY | ____DIETITIAN | ___SEIZURE CLINIC | ____OTHER |
| ___E.R. | ___OPHTH | ____INF.ADMIT | ___DIABETIC CLINIC | |
| ___P.T. | ___ORTHO | ____MD in E.R. | ___HYPERTENSIVE CLINIC | |
| ___OPT | ___DENTAL | ____ASTHMA CLINIC | ___INFEC. CONTROL | |
| ___POD | ___PHYSICALS | ____SURGERY CLINIC | ___MENTAL HEALTH ------- | |
| | | | __X__ X-RAY/GATE 5 | |

**Special Instructions:** _____ _____

_____I accept this pass_____
Inmate Signature

_____I Refuse this Assignment_____
Inmate Signature

    If you are on a psychotropic medication, this will be discontinued or tapered off if you do not come to your next scheduled appointment.

_____Reason for refusal_____

_____Witness_____
CMT Signature

**If you fail to keep this appointment (NO SHOW) you will have to reschedule your own appointment through the CMT.

_____NO SHOW

Attempts to deliver this pass made at the following times:

PMs_____ Reason not delivered_____
Midnights_____ Reason not delivered_____

_____R.N. Notified of inability to deliver pass
Signature of CMT_____ P.M._____ M.N._____ A.M.
Signature of R.N. _____ P.M._____ M.N._____ A.M.

Time inmate departed Assignment_____ Officer_____
Time inmate arrived at HCU _____ Officer_____
Time inmate departed HCU _____ Officer_____
Time inmate arrived Assignment_____ Officer_____

IL426
DCA2234 (Rev 4/93)

5/10/08

To Health Care   Doctor Ghesh ~~Navejar~~

From: Eduardo  Navejar
# R-34701
B-House  Cell-8M

I went to the Hospital to see my X-Rays Results
Miss "Filip Zink" told me I could get mudcrelaxers
and streaching or hot Bath. for treatment
I only asked her what would it do for this deseas
that I have. I never told her I Refuse the tretment
she misunderstood me.  When I asked her if she
was a Doctor or A PA she got mad and told the
officer that she was done with me.
I need Medical Attention that treatment.
My back, legs, arms are hurting so Bad!
I dont have anything for this. I fill tingling,
tightening, asting and weak. on my back and arms and
Legs. Sometimes I feel like Falling or un Balance.
I've been taking this napap 325 3 times a day
it dosent take the pain away. Im already going to finish
them. Plus Ive been using the Analgesic Balm its not
doing anything. Doctor Ghesh I need this tretment
that mis Filip Zark was Iking about.

5/11/08

To Health Care   Miss Filip Zank

From : Eduardo Navejar

#R-34701

B-House Cell-817

I went to see you for my X-Rays Results in the HCU
You told me I could get mucle Relaxers, Hot Bath, streaching
for treatment.

MeM  I only asked you if you were a Doctor or a PA
I was not being disrespectful towards you in anyway.
Plus you mis under stood me when I I said or asked
you In wish way those treatment were going to help mee
because I wanted to know  it concern us me I didn't have
a chance to tell you I wanted  those treatments.
I never Refused them. I never had a chance to tell
you if I wanted them. because you told the officer
that ~~Iraseador~~ you were done with me to take me
way. Just because I asked you if you were
Doctor or PA.

Miss Zank  I need those treatments I'm hurting
so bad  I dont have anything for this. I fill tingling,
Livening, a sting and weak on my Back, arms, Legs.
I Just told Jennifer "Nurse" She is passing  the meds
Right now is 8:12 Am I told her to tell you I need those
treatments I Just sent another note yesterday with a MedTech

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: 4-23 20 08

Name (print): NAVEJAR          I.D. No.: R34701          Housing Unit: B817

Please pay to: IDOC

Address: PUBLY 112

City: Joliet          State: IL          Zip:

The sum of 2⁰⁰ dollars and _____ cents

and charge to my account, for MD-EVAL

_____

_____

_____

☑ APPROVED                    X Edwardo Navejar    X R34701
☐ NOT APPROVED                   Inmate Signature        ID No.

_____        X_____
Assistant Warden/Superintendent/Designee        Witness

---

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

_____
Inmate Signature

ID No. _____

## FOR TRUST FUND USE ONLY   J0428020

Trust Fund Balance                    $ _____
Less amount of payment                $ ~~____~~ 2⁰⁰
Current balance after payment         $ _____

Check No. _____ Date _____

Business Office

---

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested
in the amount of _____ dollars _____ cents

☐ Postage Paid

## FOR JUVENILE DIVISION USE ONLY

Received by: _____
                    (Staff)        Date

Received by: _____
                    (Youth)        Date

DC 828 (09/91)                                        IL 426-0207

STATEVILLE CORRECTIONAL CENTER                    Page#_____
Notification Of Appointment to HCU

Name  _NAVEJAR_____        Number____K34701____  Date __3/31/08__

Cell#  _B817_  Time to Report ___0130A___  Assignment_____

___ Lab      ___ X-Ray      ___ Dietician      ___ Seizure Clinic         ___ Other

___ E.R.     ___ OPHTH      ___ Infirm Adm     ___ Diabetic Clinic

___ P.T.     ___ ORTHO      ___ M.D. in E.R.   ___ Hypertensive Clinic

___ OPT      ___ Dental     ___ Asthma Clinic  ___ Infec. Control Nurse

___ POD      _X_ Physicals  ___ Surgery Clinic ___ Mental Health

Special Instructions:

___ NPO -(Nothing By Mouth After 12:00 Midnight)


___ I Accept This Pass _____
                              Inmate Signature

___ I Refuse This Assignment _____
                              Inmate Signature
    If you are on a psychotropic medication, This will be discontinued or
    Tapered off.  If you do not come to your next scheduled appointment.

___ Reason for Refusal _____

    Witness _____
                              CMT Signature

    ** If You fail to keep this appointment (NO SHOW) you will have to  **
       Re-schedule your own appointment thru the CMT.

___ No Show

Attempts to deliver this pass made at the following times:

P.N.'S _____  Reason not delivered _____

Midnights _____  Reason Not delivered _____

___ R.N. Notified of inability to deliver Pass
Signature of CMT_____ P.M._____ M.N._____ A.M.
Signature of R.N._____ P.M._____ M.N._____ A.M.


Time inmate departed Assignment_____ Officer_____
TIME Inmate arrived at HCU_____ Officer_____
Time Inmate departed HCU_____ Officer_____
Time Inmate Arrived Assignment_____ Officer_____

IL 426- DCA 2234  Revised 04/93            White-- Inmate
                                           Yellow--Provider

STATEVILLE CORRECTIONAL CENTER                Page#_____
Notification Of Appointment to HCU

Name _UAVE JAT_____      Number _K34701_          Date _4-23-0__

Cell# _B817_   Time to Report ___9A___   Assignment_____

___ Lab    ___ X-Ray    ___ Dietician    ___ Seizure Clinic       ___ Other
                                                                   _In—hug__
___ E.R.   ___ OPHTH    ___ Infirm Adm   ___ Diabetic Clinic         _most__

___ P.T.   ___ ORTHO    ___ M.D. in E.R. ___ Hypertensive Clinic

___ OPT    ___ Dental   ___ Asthma Clinic ___ Infec. Control Nurse

___ POD    ___ Physicals ___ Surgery Clinic ___ Mental Health

Special Instructions:

___ NPO -(Nothing By Mouth After 12:00 Midnight)

___ I Accept This Pass_____
                         Inmate Signature

___ I Refuse This Assignment _____
                              Inmate Signature
If you are on a psychotropic medication, This will be discontinued or
Tapered off.  If you do not come to your next scheduled appointment.

___ Reason for Refusal_____

___ Witness_____
                    CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to  **
        Re-schedule your own appointment thru the CMT.

___ No Show

Attempts to deliver this pass made at the following times:

P.N.'S _____ Reason not delivered_____

Midnights_____ Reason Not delivered _____

___ R.N. Notified of inability to deliver Pass
Signature of CMT_____ P.M._____ M.N._____ A.M.
Signature of R.N._____ P.M._____ M.N._____ A.M.

Time inmate departed Assignment_____ Officer_____
TIME Inmate arrived at HCU _____ Officer_____
Time Inmate departed HCU _____ Officer_____
Time Inmate Arrived Assignment_____ Officer_____

IL 426- DCA 2234  Revised 04/93          White-- Inmate
                                         Yellow--Provider